```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                           Case No. 05-cr-215-05-PB

**Jerome Carter**

## O R D E R

The Government has moved to continue the May 1, 2007 trial in the above case in order to allow the case against co-defendants Larry and Christopher Stallings to be completed before commencing the trial against defendant Carter.  All parties to this matter agree to the Government's request for continuance to the June 2007 trial period.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to June 5, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of

justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 27, 2007

cc: Donald Feith, AUSA
    R.P. Cornelius, Esq.
    William T. Cornelius, Esq.
    William Christie, Esq.
    Bjorn Lange, Esq.
    Jonathan Saxe, Esq.
    Michael Smith, Esq.
    United States Probation
    United States Marshal