```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 05-cr-215-05-PB

**Jerome Carter**


**O R D E R**

    The Government has moved to continue the June 5, 2007 trial in the above case against Jerome Carter in order to allow the case against co-defendants Larry and Christopher Stallings to be completed before commencing the trial against defendant Carter. The trial for Larry and Christopher Stallings is currently scheduled to commence on June 19, 2007.  All parties assent to the request for a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2007 to June 19, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the

ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

                    /s/Paul Barbadoro
                    Paul Barbadoro
                    United States District Judge

May 24, 2007

cc:  Donald Feith, AUSA
     R.P. Cornelius, Esq.
     William T. Cornelius, Esq.
     William Christie, Esq.
     Bjorn Lange, Esq.
     Jonathan Saxe, Esq.
     Michael Smith, Esq.
     Paul Pappas, Esq.
     United States Probation
     United States Marshal